# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*August 13, 2007*

[Cite as *08/13/2007 Case Announcements,* 2007-Ohio-4092.]

## MOTION AND PROCEDURAL RULINGS

2003–0346. State v. Turner.
Franklin C.P. No. 01CR–06–3615. This cause came on for further consideration of appellant's motion for appointment of counsel for filing an application to reopen. Upon consideration thereof,

It is ordered by the court that the motion is granted and that David C. Stebbins of Columbus, Ohio, and William S. Lazarow of Columbus, Ohio, are appointed to represent the appellant in this case.

## MISCELLANEOUS DISMISSALS

2007–0888. State ex rel. DaimlerChrysler Corp. v. Indus. Comm.
Franklin App. No. 06AP–387, 2007-Ohio-1498. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.